# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JANE DOE, individually and as mother and natural guardian on behalf of JANE DOE 2, <br>     Plaintiff, <br><br> v. <br><br> TIPPECANOE COUNTY SCHOOL CORPORATION BOARD OF TRUSTEES, *et al.*, <br>     DEFENDANTS. | Cause No.: 4:15-CV-56-RL-PRC |

## OPINION AND ORDER

This matter is before the Court on a Motion to Allow Plaintiff to Proceed by Anonymous Name [DE 5], filed on July 6, 2015. No response has been filed, and the time to do so has passed.

Plaintiff represents that she filed this lawsuit on behalf of her minor daughter, Jane Doe 2, who is a victim of child seduction and sexual abuse at the hands of a former teacher. This lawsuit seeks damages for the emotional and psychological trauma resulting from this abuse and for sexual harassment and sexual discrimination. Plaintiff represents that her children still attend Defendants' schools, and she does not believe that her family's identity with regard to this is fully known since Jane Doe and her other children have a different surname than Jane Doe 2. As a result, she is concerned that, if her real name is used, both Jane Doe 2 and the rest of her children will be subject to scorn, ridicule, harassment, and even violence.

In light of this, Plaintiff asks that she and her daughter be allowed to proceed in this case as Jane Doe and Jane Doe 2, respectively, that she be ordered to file a version of this motion with their actual names under seal, that she be ordered to disclose their actual names to defense counsel, that the parties be ordered not to disclose the actual names to any third party, except as necessary for this

litigation, and that all documents containing their real names be sealed.

The request is well taken. "[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses." *Doe v. Blue Cross & Blue Shield United of Wisconsin,* 112 F.3d 869, 872 (7th Cir. 1997). Concealing the names of the mother and of her daughter who was the victim of child seduction and sexual abuse will likely protect their privacy as well as the privacy of Plaintiff's other children.

The Court, noting the lack of objection, **GRANTS** the Motion to Allow Plaintiff to Proceed by Anonymous Name [DE 5] and **ORDERS** that Plaintiff and her daughter be allowed to proceed in this case as Jane Doe and Jane Doe 2, respectively. The Court **ORDERS** Plaintiff to file a sealed copy of this motion with both her and her daughter's real names and to serve a copy on defense counsel. The Court **ORDERS** the parties to refrain from disclosing the actual names to any third party unless it is necessary for this litigation. All documents filed in this case must use the anonymous names or redact the names. If a party believes that a document should be filed under seal, that party must petition the Court for leave to do so pursuant to the Local Rules of this District.

SO ORDERED this 11th day of August, 2015.

        s/ Paul R. Cherry
        MAGISTRATE JUDGE PAUL R. CHERRY
        UNITED STATE DISTRICT COURT